UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD WILLIAMS (#93824)

VERSUS                                CIVIL ACTION NO.: 08-476-JVP-CN

DR. SHARON HUFFMAN, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 26, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiff's complaint shall be **DISMISSED**, without prejudice, for failure to pay the court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 22, 2009.

JAMES J. BRADY
FOR
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA